JS-6

1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT

8    CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

9    ALFRED STANSBURY,                    Case No: EDCV13-01578 VAP(DTBx)

10            Plaintiff,                   **ORDER DISMISSING ENTIRE ACTION
                                           WITH PREJUDICE**
11
12        vs.

13   LIFE INSURANCE COMPANY OF
     NORTH AMERICA,
14
15            Defendant.

16

17                        **O R D E R**

18

19       The parties having stipulated that this matter has been resolved in its entirety and

20   each side to bear their own attorneys fees and costs, this matter is hereby dismissed

21   with prejudice.

22

23   **IT IS SO ORDERED.**

24

25   Dated: April 4, 2014
                                          _____
26                                        HONORABLE VIRGINIA A. PHILLIPS
                                          UNITED STATES DISTRICT JUDGE
27

28

- 1 -